**In re William T. DAVIS, Jr., Petitioner.**

**No. 01–6329.**

United States Court of Appeals,
Fourth Circuit.

Submitted March 20, 2001.

Decided March 26, 2001.

William T. Davis, Jr., Petitioner pro se.

Before WIDENER, WILLIAMS, and GREGORY, Circuit Judges.

PER CURIAM.

William T. Davis, Jr., filed a petition for a writ of mandamus alleging undue delay in the district court in acting upon his 28 U.S.C.A. § 2255 (West Supp. 2000) motion. The district court has entered a final order denying relief on Davis' § 2255 motion. Accordingly, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately addressed in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED AS MOOT.*